TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
Angel Miguel Miramontes Jr. and
Angel Miramontes Sr.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Angel Miguel Miramontes Jr. and Angel Miramontes Sr., | Case No.: 2:15-cv-00027-PJW |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| Mandarich Law Group, LLP; and DOES 1-10, inclusive, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Angel Miguel Miramontes Jr. and Angel Miramontes Sr. ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: _/s/ Trinette G. Kent_
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Angel Miguel
Miramontes Jr. and Angel Miramontes Sr.

2

NOTICE OF VOLUNTARY DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 1, 2015, I served a true copy of foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL.**

**BY ELECTRONIC FILING:** I hereby certify that on June 1, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants Mandarich Law Group, LLP**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 1, 2015.

3

1

2       By: __/s/  *Trinette G. Kent*_____
        Trinette G. Kent, Esq.
3       Lemberg Law, LLC
4       Attorney for Plaintiff, Angel Miguel
        Miramontes Jr. and Angel Miramontes Sr.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4